# UNITED STATES DISTRICT COURT

## Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Oluwaseun Adekoya<br>a/k/a "Ace G."<br>a/k/a "Broda"<br>a/k/a "Santa"<br>a/k/a "Santana"<br>a/k/a "Sammy LaBanco"<br>a/k/a "Sean Maison"<br>a/k/a "Kiing_masion" | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number: 0206 1:23CR00491-001<br>USM Number: 65935-050<br><br>Julie A. Nociolo<br>28 Second Street<br>Troy, NY 12180<br>518-274-5820<br>Defendant's Attorney |

**THE DEFENDANT:**

☐ pleaded guilty to count(s)           of the  on.
☐ pleaded nolo contendere to count(s)   which was accepted by the court.
☒ was found guilty on count(s) 1 through 11 of the Second Superseding Indictment on June 25, 2025 after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §§ 1349, 1344(1) and (2) | Conspiracy to Commit Bank Fraud | 12/12/2023 | 1 |
| 18 U.S.C. §§ 1956(h) and (a)(1) | Conspiracy to Commit Money Laundering | 12/12/2023 | 2 |
| 18 U.S.C. §§ 1028A(a)(1) and (2) | Aggravated Identity Theft | 05/07/2022 | 3 |
| 18 U.S.C. §§ 1028A(a)(1) and (2) | Aggravated Identity Theft | 05/18/2022 | 4-5 |
| 18 U.S.C. §§ 1028A(a)(1) and (2) | Aggravated Identity Theft | 05/19/2022 | 6-7 |
| 18 U.S.C. §§ 1028A(a)(1) and (2) | Aggravated Identity Theft | 02/01/2023 | 8 |
| 18 U.S.C. §§ 1028A(a)(1) and (2) | Aggravated Identity Theft | 04/11/2023 | 9 |
| 18 U.S.C. §§ 1028A(a)(1) and (2) | Aggravated Identity Theft | 09/13/2023 | 10 |
| 18 U.S.C. §§ 1028A(a)(1) and (2) | Aggravated Identity Theft | 11/09/2023 | 11 |

   The defendant is sentenced as provided in pages 2 through 12 of this judgment.  The sentence is imposed in accordance with 18 U.S.C. § 3553 and the Sentencing Guidelines.

☐ The defendant has been found not guilty on count(s)
☐ Count(s)    ☐ is    ☐ are    dismissed on the motion of the United States.

   It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

December 1, 2025
Date of Imposition of Judgment

*/s/ Mae A. D'Agostino*
Mae A. D'Agostino
U.S. District Judge

December 5, 2025
Date

DEFENDANT:     Oluwaseun  Adekoya  
CASE NUMBER:  0206 1:23CR00491-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

216 months on each of Counts 1 and 2, to run concurrently,  
and 24 months on each of Counts 3, 4, 5, 6, 7, 8, 9, 10, and 11, to run concurrently to one another, but consecutive to Counts 1 and 2, for a total term of imprisonment of 240 months.

☒ The court makes the following recommendations to the Bureau of Prisons:

That the defendant be housed in a facility as close to New Jersey as possible.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at   ☐ a.m.  ☐ p.m. on.

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on.

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

**I have executed this judgment as follows:**

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

BY DEPUTY UNITED STATES MARSHAL

DEFENDANT:     Oluwaseun  Adekoya  
CASE NUMBER:   0206 1:23CR00491-001

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

5 years on Count 1, 3 years on Count 2, and 1 year on each of Counts 3 through 11, to run concurrently.

## MANDATORY CONDITIONS

1. You must not commit another federal, state, or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☒ You must make restitution in accordance with 18 U.S.C. § § 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☒ You must cooperate in the collection of DNA as directed by the probation officer. *(deselect if inapplicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

If this judgment imposes a fine or restitution, it is a condition of supervised release that you pay in accordance with the Schedule of Payments sheet of this judgment.

You must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

DEFENDANT: Oluwaseun Adekoya  
CASE NUMBER: 0206 1:23CR00491-001

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.

2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

4. You must answer truthfully the questions asked by your probation officer.

5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.

7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.

12. If the court determines in consultation with your probation officer that, based on your criminal record, personal history and characteristics, and the nature and circumstances of your offense, you pose a risk of committing further crimes against another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.

13. You must follow the instructions of the probation officer related to the conditions of supervision.

AO 245B  NNY (Rev. 11/25) Judgment in a Criminal Case
    Sheet 3D – Supervised Release

Judgment – Page **5** of **12**

DEFENDANT:       Oluwaseun  Adekoya
CASE NUMBER:   0206 1:23CR00491-001

# SPECIAL CONDITIONS OF SUPERVISION

1. You must not incur new credit charges or open additional lines of credit without the approval of the probation officer unless you are in compliance with the payment schedule.

2. You must apply all monies you receive from any income tax refunds, lottery winnings, judgments, and/or any other anticipated or unexpected financial gains to the outstanding court-ordered financial obligation.

3. If you are deported or otherwise leave the United States, you must not enter or attempt to enter the United States without the permission of the Secretary of the Department of Homeland Security.  If you re-enter the United States, you must report to the probation office in the Northern District of New York within 72 hours.

4. You must report to and remain in contact and cooperate with the Bureau of Immigration and Customs Enforcement and you must fulfill any requirements of U.S. Immigration Law.

5. You must provide the probation officer with access to any requested financial information.

6. You must submit your person, and any property, house, residence, vehicle, papers, effects, computer, electronic communications devices, and any data storage devices or media, to search at any time, with or without a warrant, by any federal probation officer, or any other law enforcement officer from whom the Probation Office has requested assistance, with reasonable suspicion concerning a violation of a condition of probation or supervised release or unlawful conduct by you.  Any items seized may be removed to the Probation Office or to the office of their designee for a more thorough examination.

## DEFENDANT'S ACKNOWLEDGMENT OF APPLICABLE CONDITIONS OF SUPERVISION

Upon a finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

The conditions of supervision have been read to me.  I fully understand the conditions and have been provided a copy of them.  For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

_____       _____
Defendant                                                                                        Date

_____       _____
U.S. Probation Officer/Designated Witness                                      Date

AO 245B  NNY (Rev. 11/25) Judgment in a Criminal Case
    Sheet 5 – Criminal Monetary Penalties

Judgment – Page **6** of **12**

DEFENDANT:    Oluwaseun  Adekoya
CASE NUMBER:    0206 1:23CR00491-001

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **JVTA Assessment*** | **AVAA Assessment**** | **Fine** | **Restitution** |
|---|---|---|---|---|---|
| **TOTALS** | $1,100.00 | N/A | N/A | Waived | $2,261,754.06 |

☐ The determination of restitution is deferred until.  An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☒ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss**** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| 3Rivers Fed. Credit Union |  | $14,800.00 |  |
| Aberdeen Proving Ground Fed. Credit Union |  | $20,000.00 |  |
| ABNB Fed. Credit Union |  | $33,000.00 |  |
| Altra Fed. Credit Union |  | $39,600.00 |  |
| America's Credit Union |  | $63,003.18 |  |
| Apple Fed. Credit Union |  | $10,000.00 |  |
| Ardent Credit Union |  | $18,000.00 |  |
| Associated Credit Union |  | $64,000.00 |  |
| Atlantic Union Bank |  | $52,500.00 |  |
| Bayer Heritage Fed. Credit Union |  | $19,000.00 |  |
| California Coast Credit Union |  | $52,500.00 |  |
| Carter Credit Union |  | $9,850.00 |  |
| Chartway Fed. Credit Union |  | $35,846.00 |  |
| Chessie Fed. Credit Union |  | $4,300.00 |  |
| Citadel Credit Union |  | $71,500.00 |  |
| CommonWealth One Fed. Credit Union |  | $5,000.00 |  |
| Community American Credit Union |  | $49,100.00 |  |
| Connexus Credit Union |  | $24,800.00 |  |
| CorePlus Fed. Credit Union |  | $15,000.00 |  |
| Corning Credit Union |  | $68,400.00 |  |
| Cyprus Credit Union |  | $55,900.00 |  |
| Eastman Credit Union |  | $64,300.00 |  |
| Educational Systems Fed. Credit Union |  | $12,500.00 |  |
| ESL Fed. Credit Union |  | $30,000.00 |  |
| Family Savings Credit Union |  | $29,350.00 |  |

AO 245B  NNY (Rev. 11/25) Judgment in a Criminal Case
    Sheet 5 – Criminal Monetary Penalties

Judgment – Page **7** of **12**

DEFENDANT:        Oluwaseun  Adekoya
CASE NUMBER:     0206 1:23CR00491-001

| | |
|---|---|
| Finex Credit Union | $25,900.00 |
| First Choice America Community Fed. Credit Union | $55,713.00 |
| First Heritage Fed. Credit Union | $19,600.00 |
| First New York Fed. Credit Union | $39,984.00 |
| First Peoples Community Fed. Credit Union | $41,100.00 |
| Genisys Credit Union | $19,800.00 |
| Global Fed. Credit Union | $2,000.00 |
| Granite State Credit Union | $25,000.000 |
| Grow Financial Fed. Credit Union | $29,675.00 |
| Holy Rosary Credit Union | $5,000.00 |
| Jeanne D'Arc Credit Union | $10,000.00 |
| Lafayette Fed. Credit Union | $25,000.00 |
| Liberty Fed. Credit Union | $9,800.00 |
| Market USA Fed. Credit Union | $2,500.00 |
| Mayo Employees Fed. Credit Union | $39,450.00 |
| Mazuma Credit Union | $19,650.00 |
| NASA Fed. Credit Union | $20,000.00 |
| Nextmark Credit Union | $15,000.00 |
| Northwest Fed. Credit Union | $43,000.00 |
| Pen Air Fed. Credit Union | $18,800.00 |
| Premier America Credit Union | $79,200.00 |
| Robins Financial Credit Union | $20,552.00 |
| Royal Credit Union | $29,500.00 |
| San Francisco Fire Fed. Credit Union | $46,800.00 |
| Seasons Fed. Credit Union | $81,600.00 |
| Service Credit Union | $25,000.00 |
| Signal Financial Fed. Credit Union | $5,000.00 |
| SkyPoint Fed. Credit Union | $9,000.00 |
| Suffolk Fed. Credit Union | $15,000.00 |
| Sunmark Fed. Credit Union | $54,061.45 |
| TAPCO Credit Union | $118,600.00 |
| Technology Credit Union | $7,000.00 |
| Tidemark Fed. Credit Union | $66,250.00 |
| Triangle Credit Union | $62,500.00 |
| Truliant Fed. Credit Union | $83,100.00 |
| U.S. Dept. of Treasury | $173,219.43 |
| USX Fed. Credit Union | $4,000.00 |

AO 245B  NNY (Rev. 11/25) Judgment in a Criminal Case
      Sheet 5 – Criminal Monetary Penalties

Judgment – Page **8** of **12**

DEFENDANT:    Oluwaseun Adekoya
CASE NUMBER:   0206 1:23CR00491-001

| | |
|---|---|
| Utah First Credit Union | $29,700.00 |
| Wings Financial Credit Union | $22,450.00 |
| **Totals** | $2,261,754.06 |

☐ Restitution amount ordered pursuant to plea agreement   $

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).

☒ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☒ the interest requirement is waived for the    ☐ fine   ☒ restitution.

   ☐ the interest requirement for the    ☐ fine   ☐ restitution is modified as follows:


All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

\*Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\*\*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT:    Oluwaseun Adekoya
CASE NUMBER:    0206 1:23CR00491-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A    ☐   In full immediately; or

B    ☐   Lump sum payment of $ due immediately; balance due

      ☐ not later than, or

      ☐ in accordance with    ☐ D,    ☐ E,    ☐ F,    or    ☐ G below; or

C    ☒   Payment to begin immediately (may be combined with    ☐ D,    ☐ E, or    ☒ G below); or

D    ☐   Payment in equal installments of $ over a period of, to commence after the date of this judgment; or

E    ☐   Payment in equal installments of $ over a period of, to commence after release from imprisonment to a term of supervision; or

F    ☐   Payment during the term of supervised release will commence within after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

G    ☒   Special instructions regarding the payment of criminal monetary penalties:
    The Special Assessment is due immediately. The restitution is due immediately, with any remaining restitution payable at a minimal rate of 25% of the defendant's gross monthly income while incarcerated and a minimal rate of $250 per month or 20% of his gross monthly income, whichever is greater, upon his release from imprisonment. If at any time he has the resources to pay full restitution, he must do so immediately.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to **Clerk, U.S. District Court, Federal Bldg., 100 S. Clinton Street, P.O. Box 7367, Syracuse, N.Y. 13261-7367,** or to pay electronically, visit www.nynd.uscourts.gov for instructions, unless otherwise directed by the court, the probation officer, or the United States attorney. If a victim cannot be located, the restitution paid to the Clerk of the Court for that victim shall be sent to the Treasury, to be retrieved when the victim is located.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☒   Joint and Several

    ☒ Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.
- a) $14,800 to 3Rivers Federal Credit Union, to be paid joint and several with David Daniyan (0206 1:23CR00491-002), Kani Bassie (0206 1:23CR00491-010), and Crystal Kurschner (0206 1:23CR00491-015);
- b) $20,000 to Aberdeen Proving Ground Federal Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), and Lesley Lucchese (0206 1:23CR00491-007);
- c) $33,000 to ABNB Federal Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), Davon Hunter (0206 1:23CR00491-011), Christian Quivers (0206 1:23CR00491-013), Jermon Brooks (0206 1:23CR00491-012), and Victor Barriera (0206 1:23CR00491-006);
- d) $39,600 to Altra Federal Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), and Kurschner (0206 1:23CR00491-015);
- e) $63,003.18 to America's Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), Hunter (0206 1:23CR00491-011), and Sherry Ozmore (0206 1:23CR00491-014);
- f) $10,000 to Apple Federal Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), and Barriera (0206 1:23CR00491-006);
- g) $18,000 to Ardent Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002) and Bassie (0206 1:23CR00491-010);

AO 245B  NNY (Rev. 11/25) Judgment in a Criminal Case
         Sheet 6 – Schedule of Payments

Judgment – Page **10** of **12**

DEFENDANT:     Oluwaseun Adekoya
CASE NUMBER:   0206 1:23CR00491-001

- h) $64,000 to Associated Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), Barriera (0206 1:23CR00491-006), and Jerjuan Joyner (0206 1:23CR00491-004);
- i) $52,500 to Atlantic Union Bank, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), Hunter (0206 1:23CR00491-011), Quivers (0206 1:23CR00491-013), and Brooks (0206 1:23CR00491-012);
- j) $19,000 to Bayer Heritage Federal Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), Hunter (0206 1:23CR00491-011), Quivers (0206 1:23CR00491-013), and Brooks (0206 1:23CR00491-012);
- k) $52,500 to California Coast Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), and Akeem Balogun (0206 1:23CR00491-003);
- l) $9,850 to Carter Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002) and Bassie (0206 1:23CR00491-010);
- m) $35,846 to Chartway Federal Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), Hunter (0206 1:23CR00491-011), Quivers (0206 1:23CR00491-013), Brooks (0206 1:23CR00491-012), Danielle Cappetti (0206 1:23CR00491-008), and Joyner (0206 1:23CR00491-004);
- n) $4,300 to Chessie Federal Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), Hunter (0206 1:23CR00491-011), Quivers (0206 1:23CR00491-013), Brooks (0206 1:23CR00491-012), and Ozmore (0206 1:23CR00491-014);
- o) $71,500 to Citadel Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), and Lucchese (0206 1:23CR00491-007);
- p) $5,000 to CommonWealth One Federal Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), and Barriera (0206 1:23CR00491-006);
- q) $49,100 to Community America Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), and Kurschner (0206 1:23CR00491-015);
- r) $24,800 to Connexus Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), and Lucchese (0206 1:23CR00491-007);
- s) $15,000 to CorePlus Federal Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), and Lucchese (0206 1:23CR00491-007);
- t) $68,400 to Corning Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), Hunter ((0206 1:23CR00491-011), Quivers (0206 1:23CR00491-013), Brooks (0206 1:23CR00491-012), Barriera ((0206 1:23CR00491-006), Cappetti ((0206 1:23CR00491-008), and Joyner ((0206 1:23CR00491-004);
- u) $55,900 to Cyprus Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), Lucchese (0206 1:23CR00491-007), and Balogun (0206 1:23CR00491-003);
- v) $64,300 to Eastman Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), Hunter (0206 1:23CR00491-011), Quivers ((0206 1:23CR00491-013), Brooks (0206 1:23CR00491-012), and Ozmore ((0206 1:23CR00491-014);
- w) $12,500 to Educational Systems Federal Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), and Lucchese (0206 1:23CR00491-007);
- x) $30,000 to ESL Federal Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002) and Bassie (0206 1:23CR00491-010);
- y) $29,350 to Family Savings Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002) and Bassie (0206 1:23CR00491-010);
- z) $25,900 to Finex Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), and Cappetti (0206 1:23CR00491-008);
- aa) $55,713 to First Choice America Community Federal Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002) and Bassie (0206 1:23CR00491-010);
- bb) $19,600 to First Heritage Federal Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), and Kurschner (0206 1:23CR00491-015);
- cc) $39,984 to First New York Federal Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002) and Bassie (0206 1:23CR00491-010);
- dd) $41,100 to First Peoples Community Federal Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), Hunter (0206 1:23CR00491-011), Quivers (0206 1:23CR00491-013), Brooks (0206 1:23CR00491-012), and Ozmore ((0206 1:23CR00491-014);
- ee) $19,800 to Genisys Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), and Kurschner (0206 1:23CR00491-015);
- ff) $2,000 to Global Federal Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), Hunter (0206 1:23CR00491-011), and Cappetti (0206 1:23CR00491-008);
- gg) $25,000 to Granite State Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), and Lucchese (0206 1:23CR00491-007);

AO 245B  NNY (Rev. 11/25) Judgment in a Criminal Case
      Sheet 6 – Schedule of Payments

Judgment – Page **11** of **12**

DEFENDANT:     Oluwaseun  Adekoya
CASE NUMBER:  0206 1:23CR00491-001

- hh) $29,675 to Grow Financial Federal Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002) and Bassie (0206 1:23CR00491-010);
- ii) $5,000 to Holy Rosary Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), and Lucchese (0206 1:23CR00491-007);
- jj) $10,000 to Jeanne D'Arc Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), Hunter (0206 1:23CR00491-011), Quivers (0206 1:23CR00491-013), Brooks (0206 1:23CR00491-012), and Cappetti (0206 1:23CR00491-008);
- kk) $25,000 to Lafayette Federal Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), and Lucchese (0206 1:23CR00491-007);
- ll) $9,800 to Liberty Federal Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002) and Bassie (0206 1:23CR00491-010);
- mm) $2,500 to Market USA Federal Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), Hunter (0206 1:23CR00491-011), Quivers (0206 1:23CR00491-013), Brooks (0206 1:23CR00491-012), and Ozmore (0206 1:23CR00491-014);
- nn) $39,450 to Mayo Employees Federal Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002) and Bassie (0206 1:23CR00491-010);
- oo) $19,650 to Mazuma Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), and Kurschner (0206 1:23CR00491-015);
- pp) $20,000 to NASA Federal Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), Hunter (0206 1:23CR00491-011), Quivers (0206 1:23CR00491-013), and Brooks (0206 1:23CR00491-012);
- qq) $15,000 to Nextmark Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), and Cappetti (0206 1:23CR00491-008);
- rr) $43,000 to Northwest Federal Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), Hunter (0206 1:23CR00491-011), Quivers (0206 1:23CR00491-013), Brooks (0206 1:23CR00491-012), and Barriera (0206 1:23CR00491-006);
- ss) $18,800 to Pen Air Federal Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002) and Bassie (0206 1:23CR00491-010);
- tt) $79,200 to Premier America Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002) and Bassie ((0206 1:23CR00491-010);
- uu) $20,552 to Robins Financial Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), Barriera (0206 1:23CR00491-006), and Joyner (0206 1:23CR00491-004);
- vv) $29,500 to Royal Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), and Kurschner (0206 1:23CR00491-015);
- ww) $46,800 to San Francisco Fire Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002) and Bassie ((0206 1:23CR00491-010);
- xx) $81,600 to Seasons Federal Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), and Lucchese (0206 1:23CR00491-007);
- yy) $25,000 to Service Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), Lucchese (0206 1:23CR00491-007), and Joyner (0206 1:23CR00491-004);
- zz) $5,000 to Signal Financial Federal Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), and Lucchese (0206 1:23CR00491-007);
- aaa) $9,000 to SkyPoint Federal Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), and Lucchese (0206 1:23CR00491-007);
- bbb) $15,000 to Suffolk Federal Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), Barriera (0206 1:23CR00491-006), and Joyner (0206 1:23CR00491-004);
- ccc) $54,061.45 to Sunmark Federal Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), Barriera (0206 1:23CR00491-006), Gaysha Kennedy (0206 1:23CR00491-005), and Joyner (0206 1:23CR00491-004);
- ddd) $118,600 to TAPCO Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), and Balogun (0206 1:23CR00491-003);
- eee) $7,000 to Technology Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), and Balogun (0206 1:23CR00491-003);
- fff) $66,250 to Tidemark Federal Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), Hunter (0206 1:23CR00491-011), Quivers (0206 1:23CR00491-013), Brooks (0206 1:23CR00491-012), and Cappetti (0206 1:23CR00491-008);
- ggg) $62,500 to Triangle Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), Barriera (0206 1:23CR00491-006), Lucchese (0206 1:23CR00491-007), and Kennedy (0206 1:23CR00491-005);

AO 245B  NNY (Rev. 11/25) Judgment in a Criminal Case
          Sheet 6 – Schedule of Payments

Judgment – Page **12** of **12**

DEFENDANT:     Oluwaseun  Adekoya
CASE NUMBER:   0206 1:23CR00491-001

- hhh) $83,100 to Truliant Federal Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), Hunter (0206 1:23CR00491-011), Quivers (0206 1:23CR00491-013), Brooks (0206 1:23CR00491-012), and Ozmore (0206 1:23CR00491-014);
- iii) $173,219.43 to the United States Department of Treasury, to be paid joint and several with Daniyan (0206 1:23CR00491-002) and Bassie (0206 1:23CR00491-010);
- jjj) $4,000 to USX Federal Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002), Bassie (0206 1:23CR00491-010), and Kurschner (0206 1:23CR00491-015);
- kkk) $29,700 to Utah First Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002) and Bassie (0206 1:23CR00491-010); and
- lll) $22,450 to Wings Financial Credit Union, to be paid joint and several with Daniyan (0206 1:23CR00491-002) and Bassie (0206 1:23CR00491-010).

☒  The Court gives notice that this case involves other defendants who may be held jointly and severally liable for payment of all or part of the restitution ordered herein and may order such payment in the future.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☒  The defendant shall forfeit the defendant's interest in the following property to the United States:
   The property outlined in the Preliminary Order of Forfeiture.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA Assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA Assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.