UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK



United States of America,

v.  Case 1:23-cr-491-MAD

Oluwaseun Adekoya

NOTICE OF APPEAL

Notice is hereby given, Defendant Oluwaseun Adekoya, the defendant in the above-captioned case, appeals to the United States Court of Appeals for the Second Circuit from the final judgment of conviction and sentence entered in the United States District Court for the Northern District of New York on December 1, 2025.

Respectfully submitted,

/s/ *Oluwaseun Adekoya*

Oluwaseun Adekoya

Pro se

Dated: December 1, 2025