

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## ELECTRONIC NOTICE OF CRIMINAL APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

    Please take notice that on December 5, 2025 the court received a notice of appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

    I, JOHN M. DOMURAD, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

IN TESTIMONY WHERE OF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Syracuse, New York, this 5th day of December, 2025.

*John Domurad*
Clerk of Court

By:   Britni Smith
       Deputy Clerk

### Case Information

| | |
|---|---|
| Case Name & Case No. | Oluwaseun Adekoya v. USA     1:23-cr-491 (MAD) |
| Docket No. of Appeal: | 699 |
| Document Appealed: | 698 |

Fee Status:   Waived _X_

Counsel:   Pro Se _X_

Time Status:   Timely _X_